# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

| | |
|---|---|
| In re: LORUSSO, JOSEPH M § | Case No. 08-72612 |
| LORUSSO, VALERIE A § | |
| § | |
| Debtor(s) ORVINO, VALERIE A § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 05/10/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  / /_____         By: /s/MEGAN G. HEEG_____
                                              Trustee

MEGAN G. HEEG
215 E. First St.
P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: LORUSSO, JOSEPH M | § | Case No. 08-72612 |
| LORUSSO, VALERIE A | § | |
| | § | |
| Debtor(s) ORVINO, VALERIE A | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 17,513.04 |
| *and approved disbursements of* | $ 3,605.00 |
| *leaving a balance on hand of* [1] | $ 13,908.04 |

Claims of secured creditors will be paid as follows:

*Claimant*                       *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MEGAN G. HEEG | $ 2,501.30 | $ 150.00 |
| Attorney for trustee | Ehrmann Gehlbach Badger & Lee | $ 2,950.00 | $ 152.50 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Carl C. Swanson, CPA | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*        *Fees*        *Expenses*

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                           *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 186,680.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Marathon Petroleum Company LLC | $ 376.00 | $ 16.43 |
| 2 | Village Ace Hardware | $ 299.80 | $ 13.11 |
| 3 | Discover Bank/DFS Services LLC | $ 6,261.29 | $ 273.50 |
| 4 | Caywod & Associates | $ 261.00 | $ 11.40 |
| 6 | Western States Envelope | $ 111.14 | $ 4.85 |
| 7 | CHASE BANK USA | $ 21,248.15 | $ 928.12 |
| 8 | American Express Centurion Bank | $ 2,443.90 | $ 106.75 |
| 9 | American Express Bank FSB | $ 3,937.56 | $ 171.99 |
| 10 | US BANK / RETAIL PAYMENT SOLUTIONS | $ 5,815.59 | $ 254.03 |
| 11 | CAPITAL ONE BANK (USA), N.A. | $ 4,896.28 | $ 213.87 |

**UST Form 101-7-NFR (9/1/2009)**

| Claim # | Claimant | Allowed Amt. | Proposed Payment |
|---|---|---|---|
| 12 | Chase Bank USA, N.A. | $ 126.71 | $ 5.53 |
| 14 | Citizens First National Bank | $ 79,761.52 | $ 3,484.00 |
| 15 | Sprint Nextel Correspondence | $ 1,121.02 | $ 48.97 |
| 16 | Wells Fargo Bank, N.A. | $ 15,089.88 | $ 659.13 |
| 17 | Wells Fargo Bank, N.A. | $ 9,952.63 | $ 434.73 |
| 18 | Recovery Management Systems Corporation | $ 441.19 | $ 19.27 |
| 19 | Recovery Management Systems Corporation | $ 1,130.83 | $ 49.39 |
| 20 | Bank of America, N.A. | $ 7,276.16 | $ 317.82 |
| 21 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 24,179.35 | $ 1,056.16 |
| 22 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 1,950.20 | $ 85.19 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                    Allowed Amt. of Claim   Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                    Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG
215 E. First St.
P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: lorsmith                Page 1 of 2                   Date Rcvd: Apr 02, 2010
Case: 08-72612                 Form ID: pdf006               Total Noticed: 75

The following entities were noticed by first class mail on Apr 04, 2010.
db/jdb       +Joseph M Lorusso,   Valerie A Lorusso,    101 E. Webb Street,    Sandwich, IL 60548-2507
aty          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
12678259     +(NICOR) Northern Illinois Gas,   Attention Bankruptcy & Collections,    PO Box 549,
               Aurora IL 60507-0549
12514396     +AT&T Universal Card,   Processing Center,    Des Moines, IA 50363-0001
12678261      Admart Custom signage,   20 Goose Pike,    POB 68,   Danville KY 40423-0068
12514395      American Express,   P.O. Box 297879,    Fort Lauderdale, FL 33329-7879
12822382      American Express Bank FSB,   c o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
12809179      American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern PA 19355-0701
12514398      Bank of America,   P.O. Box 17309,    Baltimore, MD 21297-1309
12514399      Bank of America,   P.O. Box 15710,    Wilmington, DE 19886-5710
12514397      Bank of America,   P.O. Box 15726,    Wilmington, DE 19886-5726
13005753     +Bank of America, N. A.,   Attn: Mr. M-BK,    1000 Samoset Drive,   DE5-023-03-03,
               Newark, DE 19713-6000
12514400      Best Buy,   Retail Services,    P.O. Box 17298,    Wilmington, DE 19850-5521
12832146     +CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
               NORCROSS, GA 30091-5155
12753055     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12514406     +CIT Technology Fincial Service Inc.,    One Deerwood,   10201 Centurion Parkway N Ste 100,
               Jacksonville, FL 32256-4114
12514410    ++COMCAST,   27800 FRANKLIN RD,    SOUTHFIELD MI 48034-2363
             (address filed with court: Comcast,    P.O. Box 3002,   Southeastern, PA 19398-3002)
12514401      Capital One Bank,   P.O. Box 5294,    Carol Stream, IL 60197-5294
12514402     +Caywod & Associates,   613 E. Church Street,    Sandwich, IL 60548-2209
12514403      Center for Sports Orthopaedics,    1585 N. Barrington Road, Suite 101,
               Hoffman Estates, IL 60169-5019
12514404      Chase,   P.O. box 15298,    Wilmington, DE 19850-5298
12858110      Chase Bank USA NA,   POB 15145,    Wilmington DE 19850-5145
14351495     +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
12514405     +Chester County Bank,   P.O. Box 347,    Henderson, TN 38340-0347
12514407      Citicards,   P.O. Box 15109,    Wilmington, DE 19850-5109
12514408     +Citizens National Bank,   200 East Church Street,    Sandwich, IL 60548-2224
12514412      Countrywide Home Loans, Inc.,    P.O. Box 650225,   Dallas, TX 75265-0225
12514414     +DeKalb County Treasurer,   110 E. Sycamore Street,    Sycamore, IL 60178-1448
12514416      Exxon Mobil,   Citicards,    P.O. Box 688904,   Des Moines, IA 50368-8904
12514417      Gordon Flesch,   P.O. Box 992,    Madison, WI 53701-0992
12514418     +Graphic III Papers,   307 Eisenhower Lane South,    Lombard, IL 60148-5477
12514419      Impact Networking,   Dept 527,    P.O. Box 1170,   Milwaukee, WI 53201-1170
12678262     +James J Udoni,   105 N Foskett,    Palatine IL 60074-5613
12678263     +Jeff & Kathy Martin,   1333 Mabel Lane,    Sandwich IL 60548-9352
12514420     +Kendall County Record,   222 South Bridge Street,    P.O. Box J,   Yorkville, IL 60560-1097
12678264     +Kevin M Kelly,   1376 S Elizabeth,    Lombard IL 60148-4487
12678265     +LUK Enterprises,   c/o Tri County Property Management,    43 W Church St,   Sandwich IL 60548-2105
12514423      Marathon Petroleum,   P.O. Box 740109,    Cincinnati, OH 45274-0109
12725877     +Marathon Petroleum Company LLC,    Attn: Credit Card Ctr,   PO Box 81,   Findlay, OH 45839-0081
12514424     +Menards,   HSBC Business Solutions,    P.O. Box 5219,   Carol Stream, IL 60197-5219
12514425     +Morrison & Associates,   440 South Third Street, Suite 202,    Saint Charles, IL 60174-2894
12514426      Nicor(Spark Energy),   P.O. Box 416,    Aurora, IL 60568-0001
12514427     +Old Second National Bank,   6800 West US Highway 34,    Plano, IL 60545-9607
12514428     +Quick Impressions,   1385 Jeffrey Drive,    Addison, IL 60101-4331
12514429      Sam’s Club,   P.O. box 530970,    Atlanta, GA 30353-0970
12678266     +Shepard/LUK Enterprises,   c/o Tom & Sharon Shepard,    802 Holiday Dr,   Sandwich IL 60548-9314
12514430      Sprint,   P.O. Box 4181,    Carol Stream, IL 60197-4181
12979952      Sprint Nextel Correspondence,    Attn Bankruptcy Dept,   PO Box 7949,
               Overland Park KS 66207-0949
12979953      Sprint Nextel Distribution,    Attn: Bankruptcy Dept,   P.O. Box 3326,   Englewood, CO 80155-3326
12514431      State of Illinois,   Department of Revenue,    Springfield, IL 62796-0001
12514432     +Suburban Chicago Newspapers,   6901 W 159th Street,    Tinley Park, IL 60477-2327
12678267     +Tom & Sharon Shepard,   802 Holiday Dr,    Sandwich IL 60548-9314
12514434    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P.O. Box 790408,   Saint Louis, MO 63179-0408)
12823324     +US BANK / RETAIL PAYMENT SOLUTIONS,    PO BOX 5229,   CINCINNATI, OH 45201-5229
12514433      United Parcel Service,   Lock Box 577,    Carol Stream, IL 60132-0577
12514436     +Village Ace Hardware,   1015 East Church,    Sandwich, IL 60548-2217
12514437      Wachovia Dir Svcs,   P.O. Box 25341,    Santa Ana, CA 92799-5341
12514438      Wells Fargo,   P.O. box 54349,    Los Angeles, CA 90054-0349
12991023      Wells Fargo Bank, N.A.,   MAC S4101-08C,    100 W. Washington St., Phoenix, AZ 85003
12514439      Western States Envelope,   Box 88984,    Milwaukee, WI 53288-0984
12514440     +Windmill Square Partnership,   347 W. Church Street, Unit C,    Sandwich, IL 60548-2588

The following entities were noticed by electronic transmission on Apr 02, 2010.
aty          +E-mail/Text: KATHY@EGBBL.COM                                 Douglas E Lee,
               Ehrmann Gehlbach Badger and Lee,   215 E First Street #100,    POB 447,   Dixon, IL 61021-0447
tr           +E-mail/Text: KATHY@EGBBL.COM                                 Megan G Heeg,
               Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
12949428     +E-mail/Text: jennifer.derlein@citizens1st.com
               Citizens First National Bank,   Attn Michael Moore,    606 South Main Street,
               Princeton IL 61356-2080
12514411      E-mail/Text: legalcollections@comed.com                                 ComEd,   Bill Payment Center,
               Chicago, IL 60668-0001
```

```
District/off: 0752-3           User: lorsmith              Page 2 of 2                  Date Rcvd: Apr 02, 2010
Case: 08-72612                 Form ID: pdf006             Total Noticed: 75


The following entities were noticed by electronic transmission (continued)
12678260     +E-mail/Text: legalcollections@comed.com                              ComEd Company,
              Attn Revenue Management Dept,   2100 Swift Drive,   Oak Brook IL 60523-1559
12514415      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 03 2010 00:05:14      Discover,    P.O. Box 30395,
              Salt Lake City, UT 84130-0385
12730293     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 03 2010 00:05:14
              Discover Bank/DFS Services LLC,   POB 3025,   New Albany OH 43054-3025
13018144      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 02 2010 23:04:48
              FIA CARD SERVICES, NA/BANK OF AMERICA,    by American InfoSource LP as its agent,    PO Box 248809,
              Oklahoma City, OK   73124-8809
12572735      E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2010 23:09:03       GE Money Bank,
              c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,   25 SE 2nd Avenue Suite 1120,
              Miami FL 33131-1605
12514421      E-mail/PDF: cr-bankruptcy@kohls.com Apr 03 2010 00:05:40        Kohl's,    P.O. Box 2983,
              Milwaukee, WI 53201-2983
12514422      E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2010 23:09:03       Lowe's,    P.O. Box 530914,
              Atlanta, GA 30353-0914
13003043     +E-mail/PDF: rmscedi@recoverycorp.com Apr 02 2010 23:09:03
              Recovery Management Systems Corporation,    For GE Money Bank,   dba SAM'S CLUB,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13003083     +E-mail/PDF: rmscedi@recoverycorp.com Apr 02 2010 23:09:03
              Recovery Management Systems Corporation,    For GE Money Bank,   dba LOWES CONSUMER,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12514435      E-mail/PDF: bankruptcyverizoncom@afni.com Apr 02 2010 23:04:56       Verizon North,    P.O. Box 9688,
              Mission Hills, CA 91346-9688
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Megan G Heeg,   Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,
              Dixon, IL 61021-0447
14361510*     CHASE BANK USA, NA,    PO BOX 15145,   WILMINGTON, DE  19850-5145
12514409*    +Citizens National Bank,    200 East Church Street,   Sandwich, IL 60548-2224
12514413*     Countrywide Home Loans, Inc.,    P.O. Box 650225,   Dallas, TX 75265-0225
                                                                                              TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 04, 2010**          **Signature:** _Joseph Speetjens_