**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: LORUSSO, JOSEPH M | § | Case No. 08-72612 |
| LORUSSO, VALERIE A | § | |
| | § | |
| Debtor(s) ORVINO, VALERIE A | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $443,210.00 | Assets Exempt: $10,717.22 |
| Total Distribution to Claimants: $8,156.10 | Claims Discharged Without Payment: $204,359.77 |
| Total Expenses of Administration: $9,359.01 | |

3) Total gross receipts of $ 17,515.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $17,515.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,359.01 | 9,359.01 | 9,359.01 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 126,478.15 | 196,590.20 | 186,680.20 | 8,156.10 |
| **TOTAL DISBURSEMENTS** | $126,478.15 | $205,949.21 | $196,039.21 | $17,515.11 |

    4) This case was originally filed under Chapter 7 on August 14, 2008.
. The case was pending for 25 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/02/2010      By: /s/MEGAN G. HEEG
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Other Personal Property (unscheduled) | 1229-000 | 2,800.00 |
| Other Personal Property (unscheduled) | 1229-000 | 7,200.00 |
| Other Personal Property (unscheduled) | 1229-000 | 7,500.00 |
| Interest Income | 1270-000 | 15.11 |
| **TOTAL GROSS RECEIPTS** | | **$17,515.11** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,501.51 | 2,501.51 | 2,501.51 |
| MEGAN G. HEEG | 2200-000 | N/A | 150.00 | 150.00 | 150.00 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 2,950.00 | 2,950.00 | 2,950.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 152.50 | 152.50 | 152.50 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 3,605.00 | 3,605.00 | 3,605.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 9,359.01 | 9,359.01 | 9,359.01 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Marathon Petroleum Company LLC | 7100-000 | 369.70 | 376.00 | 376.00 | 16.43 |
| Village Ace Hardware | 7100-000 | 295.37 | 299.80 | 299.80 | 13.10 |
| Discover Bank/DFS Services LLC | 7100-000 | 6,262.29 | 6,261.29 | 6,261.29 | 273.56 |
| Caywod & Associates | 7100-000 | 420.50 | 261.00 | 261.00 | 11.40 |
| Chester County Bank | 7100-000 | N/A | 5,910.00 | 0.00 | 0.00 |
| Western States Envelope | 7100-000 | 111.14 | 111.14 | 111.14 | 4.86 |
| CHASE BANK USA | 7100-000 | 21,394.06 | 21,248.15 | 21,248.15 | 928.34 |
| American Express Centurion Bank | 7100-000 | N/A | 2,443.90 | 2,443.90 | 106.77 |
| American Express Bank FSB | 7100-000 | N/A | 3,937.56 | 3,937.56 | 172.03 |
| US BANK / RETAIL PAYMENT SOLUTIONS | 7100-000 | 5,585.93 | 5,815.59 | 5,815.59 | 254.08 |
| CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,834.58 | 4,896.28 | 4,896.28 | 213.92 |
| Chase Bank USA,N.A | 7100-000 | 619.98 | 126.71 | 126.71 | 5.54 |
| Windmill Square Partnership | 7100-000 | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Citizens First National Bank | 7100-000 | N/A | 79,761.52 | 79,761.52 | 3,484.79 |
| Sprint Nextel Correspondence | 7100-000 | 1,117.62 | 1,121.02 | 1,121.02 | 48.98 |
| Wells Fargo Bank, N.A. | 7100-000 | N/A | 15,089.88 | 15,089.88 | 659.28 |
| Wells Fargo Bank, N.A. | 7100-000 | 25,042.51 | 9,952.63 | 9,952.63 | 434.83 |
| Recovery Management Systems Corporation | 7100-000 | 441.19 | 441.19 | 441.19 | 19.28 |

**UST Form 101-7-TDR (9/1/2009)**

| Creditor | Code | Amount 1 | Amount 2 | Amount 3 | Amount 4 |
|---|---|---:|---:|---:|---:|
| Recovery Management Systems Corporation | 7100-000 | N/A | 1,130.83 | 1,130.83 | 49.41 |
| Bank of America, N. A, | 7100-000 | 7,143.71 | 7,276.16 | 7,276.16 | 317.90 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 24,114.62 | 24,179.35 | 24,179.35 | 1,056.40 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 1,889.28 | 1,950.20 | 1,950.20 | 85.20 |
| ComEd Bill Payment Center | 7100-000 | 380.88 | N/A | N/A | 0.00 |
| Gordon Flesch | 7100-000 | 1,255.95 | N/A | N/A | 0.00 |
| Exxon Mobil Citicards | 7100-000 | 680.35 | N/A | N/A | 0.00 |
| Comcast | 7100-000 | 193.57 | N/A | N/A | 0.00 |
| Center for Sports Orthopaedics | 7100-000 | 1,207.49 | N/A | N/A | 0.00 |
| AT&T Universal Card Processing Center | 7100-000 | 5,692.29 | N/A | N/A | 0.00 |
| Graphic III Papers | 7100-000 | 640.10 | N/A | N/A | 0.00 |
| Best Buy Retail Services | 7100-000 | 1,834.58 | N/A | N/A | 0.00 |
| Citicards | 7100-000 | 1,368.09 | N/A | N/A | 0.00 |
| Kendall County Record | 7100-000 | 75.50 | N/A | N/A | 0.00 |
| Impact Networking | 7100-000 | 1,226.70 | N/A | N/A | 0.00 |
| Suburban Chicago Newspapers | 7100-000 | 144.40 | N/A | N/A | 0.00 |
| Verizon North | 7100-000 | 85.81 | N/A | N/A | 0.00 |
| United Parcel Service | 7100-000 | 69.75 | N/A | N/A | 0.00 |
| Quick Impressions | 7100-000 | 161.56 | N/A | N/A | 0.00 |
| Nicor(Spark Energy) | 7100-000 | 157.36 | N/A | N/A | 0.00 |
| Lowe's | 7100-000 | 1,130.83 | N/A | N/A | 0.00 |
| Menards HSBC Business Solutions | 7100-000 | 2,397.15 | N/A | N/A | 0.00 |
| LUK Enterprises C/o Tri County Property Management | 7100-000 | unknown | N/A | N/A | 0.00 |
| American Express | 7100-000 | 6,381.46 | N/A | N/A | 0.00 |
| Admart Custom Signage | 7100-000 | 751.85 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 126,478.15 | 196,590.20 | 186,680.20 | 8,156.10 |

**UST Form 101-7-TDR (9/1/2009)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-72612  
**Case Name:** LORUSSO, JOSEPH M  
LORUSSO, VALERIE A  
**Period Ending:** 09/02/10

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 08/14/08 (f)  
**§341(a) Meeting Date:** 09/19/08  
**Claims Bar Date:** 01/08/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - scheduled<br>101 E. Webb, Sandwich | 225,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | REAL ESTATE - scheduled<br>Tenn parcel | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | REAL ESTATE - scheduled<br>116 Freemont, Sandwich | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | BANK ACCOUNTS | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | BANK ACCOUNTS | 10.00 | 0.00 | DA | 0.00 | FA |
| 6 | BANK ACCOUNTS | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Household goods and furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | AUTOMOBILES AND OTHER VEHICLES | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Other Personal Property (unscheduled) (u)<br>Interest in Shepard/Luk Partnership (116th interest in real estate partnership) | Unknown | 2,800.00 | | 2,800.00 | FA |
| 12 | Other Personal Property (unscheduled) (u)<br>Interest in Luk Enterprises (1/3 interest in real estate partnership) | Unknown | 7,200.00 | | 7,200.00 | FA |
| 13 | Other Personal Property (unscheduled) (u)<br>Interest in East End Partnership (1/3 interest in real estate partnership) | Unknown | 0.00 | DA | 0.00 | FA |
| 14 | Other Personal Property (unscheduled) (u)<br>Interest in Windmill Square Partnership (real estate partnership) | Unknown | 7,500.00 | | 7,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 15.11 | FA |
| 15 | Assets    Totals (Excluding unknown values) | **$443,210.00** | **$17,500.00** | | **$17,515.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-72612  
**Case Name:** LORUSSO, JOSEPH M  
LORUSSO, VALERIE A  
**Period Ending:** 09/02/10

**Trustee:** (330490)  MEGAN G. HEEG  
**Filed (f) or Converted (c):** 08/14/08 (f)  
**§341(a) Meeting Date:** 09/19/08  
**Claims Bar Date:** 01/08/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**    December 15, 2009        **Current Projected Date Of Final Report (TFR):**    March 15, 2010  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-72612  
**Case Name:** LORUSSO, JOSEPH M  
LORUSSO, VALERIE A  
**Taxpayer ID #:** **-***8385  
**Period Ending:** 09/02/10  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****05-19 - Time Deposit Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 08/12/09 | | FUNDING ACCOUNT: ********0565 | | 9999-000 | 15,000.00 | | 15,000.00 |
| 09/11/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.85 | | 15,001.85 |
| 10/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.97 | | 15,003.82 |
| 11/12/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.85 | | 15,005.67 |
| 12/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.98 | | 15,007.65 |
| 01/13/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.85 | | 15,009.50 |
| 02/12/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.85 | | 15,011.35 |
| 02/16/10 | | To Account #********0565 | Close CD via CD Rollover | 9999-000 | | 15,011.35 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,011.35 | 15,011.35 | $0.00 |
| | | | Less: Bank Transfers | | 15,000.00 | 15,011.35 | |
| | | | **Subtotal** | | 11.35 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11.35** | **$0.00** | |

{} Asset reference(s)

Printed: 09/02/2010 09:14 AM    V.12.52

Exhibit 9

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-72612  
**Case Name:** LORUSSO, JOSEPH M  
LORUSSO, VALERIE A  
**Taxpayer ID #:** **-***8385  
**Period Ending:** 09/02/10  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****05-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/15/09 | {14} | Thomas and Sharon Shepard | interest in Windmill Square Partnership | 1229-000 | 3,750.00 | | 3,750.00 |
| 06/15/09 | {14} | Jeffrey Martin | interest in Windmill Square Partnership | 1229-000 | 3,750.00 | | 7,500.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 7,500.14 |
| 07/21/09 | | James Udoni | Interest in LUK and Shepard-LUK | | 5,000.00 | | 12,500.14 |
| | {11} | | 1,400.00 | 1229-000 | | | 12,500.14 |
| | {12} | | 3,600.00 | 1229-000 | | | 12,500.14 |
| 07/21/09 | | Kevin M. Kelly, P.C. | Interest in LUK and Shepard-LUK | | 5,000.00 | | 17,500.14 |
| | {11} | | 1,400.00 | 1229-000 | | | 17,500.14 |
| | {12} | | 3,600.00 | 1229-000 | | | 17,500.14 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 17,500.57 |
| 08/12/09 | | ACCOUNT FUNDED: ********0519 | | 9999-000 | | 15,000.00 | 2,500.57 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 2,500.89 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,500.99 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,501.09 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,501.19 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,501.29 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,501.38 |
| 02/16/10 | | From Account #********0519 | Close CD via CD Rollover | 9999-000 | 15,011.35 | | 17,512.73 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 17,513.04 |
| 03/11/10 | 1001 | Carl C. Swanson, CPA | per court Order dated 2/24/10 | 3410-000 | | 3,605.00 | 13,908.04 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 13,908.72 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.09 | | 13,908.81 |
| 04/06/10 | | Wire out to BNYM account 9200******0565 | Wire out to BNYM account 9200******0565 | 9999-000 | -13,908.81 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 18,605.00 | 18,605.00 | $0.00 |
| | | | Less: Bank Transfers | | 1,102.54 | 15,000.00 | |
| | | | **Subtotal** | | 17,502.46 | 3,605.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,502.46** | **$3,605.00** | |

{} Asset reference(s)

Printed: 09/02/2010 09:14 AM    V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 08-72612 | | **Trustee:** | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- |
| **Case Name:** | LORUSSO, JOSEPH M | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | LORUSSO, VALERIE A | | **Account:** | ***-*****05-66 - Checking Account |
| **Taxpayer ID #:** | **-***8385 | | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 09/02/10 | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 09/02/2010 09:14 AM    V.12.52

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-72612  
**Case Name:** LORUSSO, JOSEPH M  
LORUSSO, VALERIE A  
**Taxpayer ID #:** **-***8385  
**Period Ending:** 09/02/10  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******05-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0565 | Wire in from JPMorgan Chase Bank, N.A. account ********0565 | 9999-000 | 13,908.81 | | 13,908.81 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.66 | | 13,909.47 |
| 05/25/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.64 | | 13,910.11 |
| 05/25/10 | | To Account #9200******0566 | final distribution | 9999-000 | | 13,910.11 | 0.00 |
| | | | ACCOUNT TOTALS | | 13,910.11 | 13,910.11 | $0.00 |
| | | | Less: Bank Transfers | | 13,908.81 | 13,910.11 | |
| | | | **Subtotal** | | **1.30** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.30** | **$0.00** | |

{} Asset reference(s)

Printed: 09/02/2010 09:14 AM    V.12.52

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 08-72612  
**Case Name:** LORUSSO, JOSEPH M  
LORUSSO, VALERIE A  
**Taxpayer ID #:** **-***8385  
**Period Ending:** 09/02/10

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******05-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/10 | | From Account #9200******0565 | final distribution | 9999-000 | 13,910.11 | | 13,910.11 |
| 05/26/10 | 10101 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $2,950.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,950.00 | 10,960.11 |
| 05/26/10 | 10102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $152.50, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 152.50 | 10,807.61 |
| 05/26/10 | 10103 | Marathon Petroleum Company LLC | Dividend paid 4.36% on $376.00; Claim# 1; Filed: $376.00; Reference: XXXXXX6537 | 7100-000 | | 16.43 | 10,791.18 |
| 05/26/10 | 10104 | Village Ace Hardware | Dividend paid 4.36% on $299.80; Claim# 2; Filed: $299.80; Reference: 1238 | 7100-000 | | 13.10 | 10,778.08 |
| 05/26/10 | 10105 | Discover Bank/DFS Services LLC | Dividend paid 4.36% on $6,261.29; Claim# 3; Filed: $6,261.29; Reference: XXXX-XXXX-XXXX-0199 | 7100-000 | | 273.56 | 10,504.52 |
| 05/26/10 | 10106 | Caywod & Associates | Dividend paid 4.36% on $261.00; Claim# 4; Filed: $261.00; Reference: LORJ1 | 7100-000 | | 11.40 | 10,493.12 |
| 05/26/10 | 10107 | Western States Envelope | Dividend paid 4.36% on $111.14; Claim# 6; Filed: $111.14; Reference: 1966 | 7100-000 | | 4.86 | 10,488.26 |
| 05/26/10 | 10108 | CHASE BANK USA | Dividend paid 4.36% on $21,248.15; Claim# 7; Filed: $21,248.15; Reference: XXXX XXXX XXXX 2925 | 7100-000 | | 928.34 | 9,559.92 |
| 05/26/10 | 10109 | American Express Centurion Bank | Dividend paid 4.36% on $2,443.90; Claim# 8; Filed: $2,443.90; Reference: | 7100-000 | | 106.77 | 9,453.15 |
| 05/26/10 | 10110 | American Express Bank FSB | Dividend paid 4.36% on $3,937.56; Claim# 9; Filed: $3,937.56; Reference: | 7100-000 | | 172.03 | 9,281.12 |
| 05/26/10 | 10111 | US BANK / RETAIL PAYMENT SOLUTIONS | Dividend paid 4.36% on $5,815.59; Claim# 10; Filed: $5,815.59; Reference: XXXX-XXXX-XXXX-0163 | 7100-000 | | 254.08 | 9,027.04 |
| 05/26/10 | 10112 | CAPITAL ONE BANK (USA), N.A. | Dividend paid 4.36% on $4,896.28; Claim# 11; Filed: $4,896.28; Reference: XXXX XXXX XXXX 5393 | 7100-000 | | 213.92 | 8,813.12 |
| 05/26/10 | 10113 | Chase Bank USA,N.A | Dividend paid 4.36% on $126.71; Claim# 12; Filed: $126.71; Reference: XXX-XXXX-XXX/XXX-XXX5-188 | 7100-000 | | 5.54 | 8,807.58 |
| 05/26/10 | 10114 | Citizens First National Bank | Dividend paid 4.36% on $79,761.52; Claim# 14; Filed: $79,761.52; Reference: | 7100-000 | | 3,484.79 | 5,322.79 |
| 05/26/10 | 10115 | Sprint Nextel Correspondence | Dividend paid 4.36% on $1,121.02; Claim# 15; Filed: $1,121.02; Reference: XXXXX2423 | 7100-000 | | 48.98 | 5,273.81 |
| 05/26/10 | 10116 | Wells Fargo Bank, N.A. | Dividend paid 4.36% on $15,089.88; Claim# 16; Filed: $15,089.88; Reference: | 7100-000 | | 659.28 | 4,614.53 |

Subtotals : $13,910.11  $9,295.58

{} Asset reference(s)

Printed: 09/02/2010 09:14 AM    V.12.52

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| **Case Number:** | 08-72612 | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|
| **Case Name:** | LORUSSO, JOSEPH M | **Bank Name:** | The Bank of New York Mellon |
| | LORUSSO, VALERIE A | **Account:** | 9200-******05-66 - Checking Account |
| **Taxpayer ID #:** | **-***8385 | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 09/02/10 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/26/10 | 10117 | Wells Fargo Bank, N.A. | Dividend paid 4.36% on $9,952.63; Claim# 17; Filed: $9,952.63; Reference: XXXX-XXXX-XXXX-5546 | 7100-000 | | 434.83 | 4,179.70 |
| 05/26/10 | 10118 | Recovery Management Systems Corporation | Dividend paid 4.36% on $441.19; Claim# 18; Filed: $441.19; Reference: XXXXXXXXXXXX5185 | 7100-000 | | 19.28 | 4,160.42 |
| 05/26/10 | 10119 | Recovery Management Systems Corporation | Dividend paid 4.36% on $1,130.83; Claim# 19; Filed: $1,130.83; Reference: | 7100-000 | | 49.41 | 4,111.01 |
| 05/26/10 | 10120 | Bank of America, N. A, | Dividend paid 4.36% on $7,276.16; Claim# 20; Filed: $7,276.16; Reference: XXXX-XXXX-XXXX-8902 | 7100-000 | | 317.90 | 3,793.11 |
| 05/26/10 | 10121 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 4.36% on $24,179.35; Claim# 21; Filed: $24,179.35; Reference: XXXX-XXXXXX-X0664 | 7100-000 | | 1,056.40 | 2,736.71 |
| 05/26/10 | 10122 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 4.36% on $1,950.20; Claim# 22; Filed: $1,950.20; Reference: XXXXXXXXXX9643 | 7100-000 | | 85.20 | 2,651.51 |
| 05/26/10 | 10123 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,651.51 | 0.00 |
| | | | Dividend paid 100.00%　　2,501.51 on $2,501.51; Claim# ; Filed: $2,501.51 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%　　150.00 on $150.00; Claim# ; Filed: $150.00 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 13,910.11 | 13,910.11 | $0.00 |
| Less: Bank Transfers | 13,910.11 | 0.00 | |
| **Subtotal** | **0.00** | **13,910.11** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$13,910.11** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 09/02/2010 09:14 AM　　V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 08-72612  
**Case Name:** LORUSSO, JOSEPH M  
LORUSSO, VALERIE A  
**Taxpayer ID #:** **-***8385  
**Period Ending:** 09/02/10

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******05-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TIA # ***-*****05-19 | 11.35 | 0.00 | 0.00 |
| MMA # ***-*****05-65 | 17,502.46 | 3,605.00 | 0.00 |
| Checking # ***-*****05-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******05-65 | 1.30 | 0.00 | 0.00 |
| Checking # 9200-******05-66 | 0.00 | 13,910.11 | 0.00 |
| | **$17,515.11** | **$17,515.11** | **$0.00** |

{} Asset reference(s)

Printed: 09/02/2010 09:14 AM    V.12.52